IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| GPI, LLC,<br><br>      *Plaintiff*,<br><br>      v.<br><br>DOUBLE D GOOSE CONTROL LLC d/b/a GEESE POLICE OF DC; DAVID S. MARCKS; DOUGLAS MARCKS; and MICHAEL GAY,<br><br>      *Defendants*. | Case No. 1:23-cv-00729-LMB-JFA |

## WAIVER OF HEARING

PLEASE TAKE NOTICE that Plaintiff GPI, LLC has arranged with Counsel for Double D Goose Control LLC d/b/a Geese Police of DC and Douglas Marcks for submission of GPI, LLC's Partial Motion To Dismiss (ECF 35) without oral argument. Plaintiff GPI, LLC therefore requests that the Clerk of Court please waive the hearing for Plaintiff's Motion.

Dated: July 31, 2023

Respectfully submitted,

**GPI, LLC**

*By Counsel*

      /s/ Karima Tawfik
Karima Tawfik, Esq.
VSB No. 96541
Attorney for GPI, LLC
Buchanan Ingersoll & Rooney PC
1700 K Street, NW, STE 300
Washington, D.C. 20006
Telephone: (202) 452-7996
Fax: (202) 452-7989
karima.tawfik@bipc.com

Gretchen L. Jankowski, Esq. (admitted *pro hac vice*)
Matthew C. Pilsner, Esq. (admitted *pro hac vice*)
Attorneys for GPI, LLC
Buchanan Ingersoll & Rooney PC
Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA 15219
Telephone: (412) 562-8800
Fax: (412) 562 1041
gretchen.jankowski@bipc.com
matthew.pilsner@bipc.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 31st of July, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all registered users.

/s/ Karima Tawfik
Karima Tawfik, Esq.
VSB No. 96541
Attorney for GPI, LLC
Buchanan Ingersoll & Rooney PC
1700 K Street, NW, STE 300
Washington, D.C. 20006
Telephone: (202) 452-7996
Fax: (202) 452-7989
karima.tawfik@bipc.com
karima.tawfik@bipc.com