# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| GPI, LLC,<br><br>                Plaintiff,<br><br>    v.<br><br>DOUBLE D GOOSE CONTROL LLC d/b/a GEESE POLICE OF DC; DAVID S. MARCKS; DOUGLAS MARCKS; and MICHAEL GAY,<br><br>                Defendants. | Civil Action No. 1:23-cv-00729-LMB-JFA |

## **GPI, LLC'S TRIAL WITNESS LIST**

Plaintiff GPI, LLC ("Plaintiff" or "GPI"), by counsel, and pursuant to the Scheduling Order dated July 13, 2023 (ECF 26), submits the following list of witnesses who may be called to testify at the trial of this matter.

1. Jeremy Brown

2. Douglas Marcks

3. David S. Marcks

4. Michael Gay

5. Diane Marcks

6. Plaintiff reserves the right to amend this list as necessary.

7. Plaintiff reserves to call any witness identified by the Defendants.

8. Plaintiff reserves the right to call any witness for purposes of rebuttal and impeachment.

Dated:  November 15, 2023                    Respectfully submitted,

                                                                                       */s/ Karima Tawfik*
Karima Tawfik, Esq.
VSB No. 96541
Attorney for GPI, LLC
Buchanan Ingersoll & Rooney PC
1700 K Street, NW, STE 300
Washington, D.C. 20006
Telephone: (202) 452-7996
Fax: (202) 452-7989
karima.tawfik@bipc.com

Gretchen L. Jankowski, Esq.
(admitted *pro hac vice*)
Matthew C. Pilsner, Esq.
(admitted *pro hac vice*)
Buchanan Ingersoll & Rooney PC
Union Trust Building
501 Grant Street, Suite, 200
Pittsburgh, PA 15219
Telephone:  (412) 562-8800
Fax:  (412) 562 1041
gretchen.jankowski@bipc.com
matthew.pilsner@bipc.com

*Attorneys for Plaintiff GPI, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of November 2023, a true and correct copy of the foregoing was filed with the Clerk of Court using CM/ECF, which will send a notice of electronic filing to:

Eric D. Postow, Esq.
VSB Bar No. 93214
Holon Law Partners, LLP
9480 Main St. #1238
Fairfax, VA  22031
(703)214-2003
eric.postow@holonlaw.com

Maryam N. Hadden, Esq.
Admitted *Pro Hac Vice*
Parlatore Law Group, LLP
260 Madison Avenue, 17th Fl.
New York, NY 10016
(646)846-6382
maryam.hadden@parlatorelawgroup.com


By:

*/s/ Karima Tawfik*
Karima Tawfik, Esq.