## Request for Authorization to bring electronic device(s) into the United States District Court for the Eastern District of Virginia

The following named person(s) is authorized to bring the below described electronic device(s) into the United States District Court for the Eastern District of Virginia on the date(s) specified:

**Authorized Person(s):** Gretchen Jankowski, Esq (Attorney for GPI)

Matthew Pilsner, Esq. (Attorney for GPI)

Julie Simco, Pa C P. (Paralegal for GPI)

**Electronic Device(s):** Firm-issued Laptops for Trial Presentation *ymb*

Firm-issued Laptops for Attorneys *ymb*

~~Cell Phones (3) (for hotspot connection)~~ DENIED *ymb*

**Purpose and Location Of Use:** Trial

**Case Name:** GPI, LLC v Double D Goose Control, LLC, et

**Case No.:** 1 23-cv-00729-LMB-JFA

**Date(s) Authorized:** February 20-23, 2024

**IT Clearance Waived:** ____ (YES)   ✓ (NO)

**APPROVED BY:** *[signature]*

Date: 1/29/24

United States District/~~Magistrate/Bankruptcy~~ Judge

**A copy of this signed authorization must be presented upon entering the courthouse.**

IT Clearance:  _____   _____

IT Staff Member   Date(s)

**IT clearance must be completed, unless waived, before court appearance.**