IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| GPI, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:23-cv-729 (LMB/JFA) |
| ) | |
| DOUBLE D GOOSE CONTROL LLC d/b/a ) | |
| GEESE POLICE OF DC, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

For the reasons stated in open court, it is hereby

ORDERED that Count I of plaintiff's Complaint and defendants' Second Counterclaim be and are DISMISSED WITH PREJUDICE; and it is further

ORDERED that defendants David S. Marcks and Michael Gay be and are DISMISSED WITH PREJUDICE; and it is further

ORDERED that the bench trial in this civil action will commence on Tuesday, February 20, 2024, at 10:30 a.m. in Courtroom 700.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 16th day of February, 2024.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge